GEOFFREY M. GODFREY (SBN 228735)
godfrey.geoff@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone:  (206) 903-8800
Facsimile:   (206) 903-8820

*Counsel for Defendant*
*Hall Enterprises, Inc. d/b/a*
*Logistics Planning Services*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPPING & TRANSIT LLC,<br><br>            Plaintiff,<br><br>v.<br><br>HALL ENTERPRISES, INC. d/b/a<br>LOGISTICS PLANNING SERVICES,<br><br>            Defendant. | Case No. 2:16-cv-06535-AG-AFM<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEY FEES AND COSTS**<br><br>Judge:  Hon. Andrew J. Guilford<br>Date:  January 9, 2017<br>Time:  10:00 a.m.<br>Courtroom:  10D |

TO THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 9, 2017 at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 10D of the United States District Court, located at 411 West Fourth Street, Santa Ana, California, Defendant Hall Enterprises, Inc. d/b/a Logistics Planning Services ("LPS") will and hereby does move this Court for an order confirming that LPS is the prevailing party and that LPS is entitled to recover its costs and attorney fees, with the specific amounts to be determined at a later date.

This motion is based on this notice of motion and motion, the attached memorandum of points of authorities, the attached Declaration of Geoffrey M. Godfrey including exhibits, and the proposed order filed concurrently herewith, together with any such other evidence and material as may be properly presented to and considered by this Court or filed in support of this motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on September 28 and 29, and November 8, 10, and 15, 2016.

Dated:  December 1, 2016           Respectfully submitted,

By:   /s/ Geoffrey M. Godfrey
Geoffrey M. Godfrey (SBN 228735)
godfrey.geoff@dorsey.com
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
Telephone:  (206) 903-8800
Facsimile:   (206) 903-8820

*Counsel for Defendant*
*Hall Enterprises, Inc. d/b/a*
*Logistics Planning Services*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused to be served the foregoing pleading on the following counsel of record by the method indicated:

| | |
|---|---|
| Rasheed McWilliams (SBN 281832)<br>Rasheed@cotmanip.com<br>Daniel C. Cotman (SBN 218315)<br>dan@cotmanip.com<br>Obi I. Iloputaife (SBN 192271)<br>obi@cotmanip.com<br>COTMAN IP LAW GROUP, PLC<br>35 Hugus Alley, Suite 210<br>Pasadena, CA 91103<br>(626) 405-1413/FAX: (626) 316-7577 | ☐ Via Facsimile<br>☐ Via U.S. Mail<br>☐ Via Electronic Mail<br>☒ Via ECF Notification |

Attorneys for Plaintiff
Shipping & Transit, LLC

Dated:  December 1, 2016.

                                                 */s/ Geoffrey M. Godfrey*
                                                   Geoffrey M. Godfrey

DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT        CASE NO. 2:16-CV-06535-AG-AFM