UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIPPING & TRANSIT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HALL ENTERPRISES, INC. d/b/a<br>LOGISTICS PLANNING SERVICES,<br><br>　　　　Defendant. | Case No. 2:16-cv-06535-AG-AFM<br><br>**JUDGMENT FOR ATTORNEY FEES AND EXPENSES** |

　　　　On October 31, 2017, this Court awarded Defendant Hall Enterprises, Inc. d/b/a Logistics Planning Services $91,000 in attorney fees and $500 in nontaxable expenses incurred in this action. (Dkt. 42).

　　　　IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT: Judgment in the amount of $91,500 is entered in favor of Defendant and against Plaintiff Shipping & Transit LLC.

Dated: November 28, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　HON. ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE